**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**


In re                                                          Case No. 15-30138-DHW
                                                               Chapter 13
CAROLYN J. SMITH,

          Debtor.


### ORDER DENYING OBJECTION TO CLAIM

Debtor filed an objection (Doc. # 26) to claim # 10 filed by Alabama Power Company. The matter came for hearing on December 7, 2015.   For the reasons stated from the bench in open court, it is

ORDERED that the objection is DENIED without prejudice.


Done this 7th day of December, 2015.


Dwight H. Williams, Jr.
United States Bankruptcy Judge


c: Debtor
    Richard D. Shinbaum, Attorney for Debtor
    Alabama Power Company
    Curtis C. Reding, Trustee